**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

TERRENCE WHITMIRE,                    : No. 474 MAL 2020
                                      :
                  Respondent          :
                                      : Petition for Allowance of Appeal
                                      : from the Order of the Superior Court
          v.                          :
                                      :
                                      :
DIANE WHITMIRE,                       :
                                      :
                  Petitioner          :

## ORDER

**PER CURIAM**

     **AND NOW**, this 17th day of February, 2021, the Petition for Allowance of Appeal is **DENIED**.